UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:09-CR-45-1H
Civil No. 7:15-CV-25-H

| | |
|---|---|
| LINWOOD KAREEM SMITH, ) ) | |
| Petitioner, ) ) | |
| v. ) ) | ORDER |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 10th day of February, 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE