IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-45-H-1
No. 7:11-CV-25-H

LINWOOD KAREEM SMITH,  )
)
    Petitioner,  )
)
)
v.  )   ORDER TO FILE UNDER SEAL
)
UNITED STATES OF AMERICA,  )
)
    Respondent.  )

This matter coming before the court for consideration, it is hereby

ORDERED that the Respondent's Response to Petitioner's sealed motion [D.E. 66] filed under seal be allowed.

This 3rd day of March 2015.

_____
MALCOLM J. HOWARD
Senior United States District Judge