UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Linwood Kareem Smith**                                **Docket No. 7:09-CR-45-1H**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Linwood Kareem Smith, who, upon an earlier plea of guilty to Conspiracy to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 846; Possession with Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 841(a)(1); and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on January 5, 2010, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On January 30, 2012, the imprisonment term was reduced to 108 months pursuant to Rule 35 (b)(2). On April 22, 2015, the judgment was vacated, and on May 12, 2015, the defendant was resentenced to 72 months imprisonment followed by a 5-year term of supervised release.

Linwood Kareem Smith was released from custody on May 12, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 27, 2015, the defendant revealed that since his release from incarceration, he has been struggling with various mental health issues, including depression, outbursts of anger, and difficulty sleeping. He requested assistance with obtaining mental health treatment. This officer respectfully recommends that the conditions of supervision be modified to include mental health treatment to facilitate the offender receiving needed treatment services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Linwood Kareem Smith
Docket No. 7:09-CR-45-1H
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: November 10, 2015

### ORDER OF THE COURT

Considered and ordered this 10th day of November 2015 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge